# MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Leaf Jr.**      JAD/TPA/CMB/**GLT**

Case Number: **18-23718**

Date of Meeting: **11/12/18**      Recording # **13**

Debtor(s) present **✓** or Not Present ___ (**✓** No Payments Made or ___ partial payments)

Attorney for debtor(s) **Geisler** (Present **✓** or Not Present ___)

Date of Plan at § 341: **10-15-18**    Applicable commitment period **✓** 3 yrs ___ 5 yrs

*no payments*

*tax returns provided*

FILED
2018 NOV 13  PM 2:38
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD     ___ Order to Show Cause Requested
                                        ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    ___ 341 Meeting    OR   **✓** Conciliation Conf. OR ___ *Contested Hearing
    On **3-28-19** at **11:00** am/pm Location _____

_____
*Kate McGuire(?)*
Chapter 13 Trustee/Attorney for Trustee