# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| Debtor: | KENNETH LEAF |
| Case Number: | 18-23718-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 28, 2019 11:00 AM 3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*Received 2019 MAR 28 P 3:33*

**_Matter:_**

#16 - Continued Confirmation of Plan Dated 10/15/2018 (NFC)
R / M #:  16 / 0

**_Appearances:_**

Debtor: Geisler
Trustee: Winnecour / Pail / Katz / DeSimone (Katz circled)
Creditor:

*$5000 in arrears. Last payment 12/4/18*

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

*Trustee requests dismissal as a result of plan defaults. Case does not appear feasible. Debtor does not consent.*