IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/2/19 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: | Case No. 18-23718-GLT |
| KENNETH LEAF, | Chapter 13 |
| Debtor(s). | |
| RONDA J. WINNECOUR, Trustee, | |
| Movant, | Hearing Date: May 8, 2019 at 11:00 AM |
| v. | Response Date: April 19, 2019 |
| KENNETH LEAF, | Related to Docket No. 33 |
| Respondent(s). | |

## NOTICE AND ORDER SCHEDULING HEARING
## AND RESPONSE DEADLINE REGARDING MOTION OF THE
## CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "Motion") requesting the dismissal of this bankruptcy case.

YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the Motion **by no later than April 19, 2019**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on **May 8, 2019 at 11:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

YOU ARE FURTHER NOTIFIED THAT to the extent the Court does not grant the Motion, it may conduct a hearing to consider confirmation of the Debtor(s)' Chapter 13 Plan Dated October 15, 2018 [Dkt. No. 16] at the same date and time as the hearing on the Motion without additional notice to the parties.

The Chapter 13 Trustee shall *immediately* serve this Notice on those persons and entities required to receive notice of the Motion pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing same.

Dated: April 2, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-23718-GLT
Kenneth Leaf, Jr.                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Apr 02, 2019
                              Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
```
db              +Kenneth Leaf, Jr.,    424 Roberts Road,    Pittsburgh, PA 15239-1431
cr              +Wilmington Savings Fund Society, FSB, et al, its a,    c/o Prober & Raphael, A Law Corp.,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14931388         County of Allegheny,   c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14918403        +Ditech Financial, LLC,   3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
14918404        +KML Law Group,   Suite 5000 - Mellon Independence Center,    Philadelphia, PA 19106-1541
14937580        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14931389        +Plum Borough,    4575 New Texas Road,   Pittsburgh, PA 15239-1165
14931390        +Plum Borough SD,    900 Elicker Road,   Pittsburgh, PA 15239-1026
14954844        +Rushmore Loan Management Services,    P.O. Box 55004,   Irvine, CA 92619-5004
14951048         UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14944032         UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14980130        +Wilmington Savings Fund Society, FSB,et al,    c/o Kondaur Capital Corporation,    P.O. Box 1449,
                 Orange, CA 92856-0449
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14952085        +E-mail/Text: kburkley@bernsteinlaw.com Apr 03 2019 02:50:27      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14944563         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 02:54:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14931828        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 03 2019 02:49:57       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14956970         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 02:54:27
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14919375        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 02:53:47
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14949926         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 02:54:11       Verizon,
                 by American InfoSource as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr*            +Wilmington Savings Fund Society, FSB, et al,    c/o Kondaur Capital Corporation,    P.O. Box 1449,
                Orange,, CA 92856-0449
14948474*      +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
                                                                                  TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: bsil              Page 2 of 2              Date Rcvd: Apr 02, 2019
                               Form ID: pdf900         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

        Michael S. Geisler    on behalf of Debtor Kenneth  Leaf, Jr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 6