FILED
5/8/19 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23718-GLT |
| | : | Chapter: | 13 |
| Kenneth Leaf, Jr. | : | | |
| | : | | |
| | : | Date: | 5/8/2019 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #33 - Trustee's Oral Motion to Dismiss Case
   #37 - Response filed by Debtor

   #16 - Contested Confirmation of Plan dated 10/15/2018 (NFC)

**APPEARANCES:**

   Debtor:    Michael S. Geisler
   Trustee:   Jana Pail & Ronda Winnecour

**NOTES:**

Geisler: I have spoken with my client and we consent to dismissal.

Court: The filing fee has not been paid, but it was included in the plan.

Pail: The plan was never confirmed.  We have $1,904 on hand and nothing has been paid out.  We can pay the filing fee from those funds.  There was $2,000 paid in but the computer automatically separates the trustee fee.

Winnecour: The statute does not permit to not take out trustee fees without an order of the court.  I have to take out the amount when it's paid in by the terms of the statute.

Pail: Counsel has not been paid anything under the no-look fee.

Geisler: Return the leftover funds to the debtor.


**OUTCOME:**

1. The chapter 13 trustee shall pay the filing fee from the first funds available on hand (Text order to issue).

2.  The case is dismissed without prejudice (DB to Prepare).

**DATED:**  5/8/2019