Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth Leaf Jr.** | : | Case No. 18−23718−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 5/8/2019 Hearing |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 8th of May, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 18-23718-GLT
Kenneth Leaf, Jr.                                                Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas              Page 1 of 2          Date Rcvd: May 08, 2019
                              Form ID: 309            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db             +Kenneth Leaf, Jr.,    424 Roberts Road,    Pittsburgh, PA 15239-1431
cr             +Wilmington Savings Fund Society, FSB, et al, its a,    c/o Prober & Raphael, A Law Corp.,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14931388        County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14918403       +Ditech Financial, LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
14918404       +KML Law Group,    Suite 5000 - Mellon Independence Center,    Philadelphia, PA 19106-1541
14937580       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14931389       +Plum Borough,    4575 New Texas Road,    Pittsburgh, PA 15239-1165
14931390       +Plum Borough SD,    900 Elicker Road,    Pittsburgh, PA 15239-1026
14954844       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14951048        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14944032        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14980130       +Wilmington Savings Fund Society, FSB,et al,    c/o Kondaur Capital Corporation,    P.O. Box 1449,
                 Orange, CA 92856-0449

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14952085       +E-mail/Text: kburkley@bernsteinlaw.com May 09 2019 03:06:55      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14944563        EDI: RESURGENT.COM May 09 2019 06:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14931828       +EDI: MID8.COM May 09 2019 06:48:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14956970        EDI: PRA.COM May 09 2019 06:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14919375       +EDI: PRA.COM May 09 2019 06:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14949926        EDI: AIS.COM May 09 2019 06:48:00      Verizon,    by American InfoSource as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr*            +Wilmington Savings Fund Society, FSB, et al,    c/o Kondaur Capital Corporation,    P.O. Box 1449,
                 Orange,, CA 92856-0449
14948474*      +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
                                                                                         TOTALS: 1, * 5, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: dbas              Page 2 of 2                   Date Rcvd: May 08, 2019
                               Form ID: 309            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Michael S. Geisler    on behalf of Debtor Kenneth  Leaf, Jr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        TOTAL: 6

Case 18-23718-GLT    Doc 42    Filed 05/10/19    Entered 05/11/19 00:53:40    Desc Imaged
Certificate of Notice    Page 3 of 3