**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KENNETH LEAF, JR. | Case No.:18-23718 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2018 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,000.00 |
| Less Refunds to Debtor | 1,594.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 406.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 96.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 96.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4296 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 0364 | 500.00 | 0.00 | 0.00 | 0.00 |
| PLUM BOROUGH (RE)<br>Acct: 0364 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| PLUM BORO SD (PLUM) (RE)**<br>Acct: 0364 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4296 | 41,126.81 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 1519 | 967.20 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| Priority | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH LEAF, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 3,400.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH LEAF, JR. | 1,594.00 | 1,594.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX8GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 2,278.51 | 0.00 | 0.00 | 0.00 |
| Acct: 7387 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,866.34 | 0.00 | 0.00 | 0.00 |
| Acct: 7965 | | | | |
| UPMC PHYSICIAN SERVICES | 114.64 | 0.00 | 0.00 | 0.00 |
| Acct: 6700 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7387 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,561.88 | 0.00 | 0.00 | 0.00 |
| Acct: 5412 | | | | |
| MIDLAND FUNDING LLC | 349.08 | 0.00 | 0.00 | 0.00 |
| Acct: 1357 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 555.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| UPMC HEALTH SERVICES | 242.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6700 | | | | |
| DUQUESNE LIGHT COMPANY* | 2,137.37 | 0.00 | 0.00 | 0.00 |
| Acct: 7190 | | | | |
| PROBER & RAPHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                      310.00

TOTAL CLAIMED
PRIORITY          310.00
SECURED        48,594.01
UNSECURED       9,105.33

Date: 07/12/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com